24494-076

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

WESTERN   DISTRICT OF   TENNESSEE

UNITED STATES OF AMERICA

v.

DEANGELO RICHARD

**WARRANT FOR ARREST**

Case Number: 06-20478 DV

TO: The United States Marshal
and any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest  DEANGELO RICHARD
                                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Probation Violation Petition  [ ] Supervised Release Vilation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)

Carjacking
Carrying and use of a firearm during and in relation to a crime of violence
Aiding and Abetting

in violation of Title __18__ United States Code

~~THOMAS A. GOULD~~ JAMES H. ALLEN
Name of Issuing Officer

~~Clerk, U.S. District Court~~ U.S MAGISTRATE JUDGE
Title of Issuing Officer

s/James H. Allen
Signature of Issuing Officer

12/20/06 MEMPHIS, TENNESSEE
Date and Location

Bail fixed at $ Detention Hearing Requested  by _____ James H. Allen US Magistrate Judge
                                                Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 1/19/2011 | NAME AND TITLE OF ARRESTING OFFICER Special Agent Joseph M. Boland | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 1/20/2011 | | |