```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```

```
UNITED STATES OF AMERICA,      *
                               *
        Plaintiff,             *
                               *    Cr. No. 06-CR-20478-BBD
vs.                            *
                               *
DEANGELO RICHARD,              *
                               *
        Defendant.             *
```

**MOTION FOR DISMISSAL OF INDICTMENT**

Pursuant to Rule 48(a), F.R.Crim.P., the United States moves the Court for the dismissal of the above-referenced indictment against defendant Deangelo Richard.

A proposed order is submitted with this motion.

```
                            Respectfully submitted,

                            EDWARD L. STANTON, III
                            United States Attorney

                       By:  s/TONY R. ARVIN
                            TONY R. ARVIN
                            Assistant United States Attorney
                            167 N. Main, Room 800
                            Memphis, TN  38103
                            (#11392 Tennessee)
```

**CERTIFICATE OF SERVICE**

    I, Tony R. Arvin, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a true copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system to Attorney for Defendant.

    This 9th day of December, 2011.

                                          s/TONY R. ARVIN
                                          TONY R. ARVIN
                                          Assistant United States Attorney
                                          167 N. Main, Room 800
                                          Memphis, TN  38103